The relief described hereinbelow is SO ORDERED

Done this 24th day of March, 2015.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 12-31291-DHW |
| BRENDA JOHNSON ) | Chapter 13 |
| Debtor, ) | |

### ORDER

    THIS MATTER is set to come before this Court on April 6, 2015 on the Motion for Relief from Stay of 11 U.S.C. §362(a) filed by Green Tree Servicing LLC as authorized servicer for Bank of America, N.A. as owner and holder of account/contract originated by Security Pacific Housing Services (hereinafter "Green Tree"). Based upon the agreement of the parties, it is **ORDERED, ADJUDGED and DECREED** as follows:

    1. That the Motion for Relief from Stay filed by Green Tree is **GRANTED** and the automatic stay of 11 U.S.C. §362(a) is hereby terminated and Green Tree is allowed to repossess and dispose of its collateral described as one (1) 1995 14x76 Southern Homes mobile home, SN: SSDAL 11418-2.

    2. That claim number seven (7) filed by Green Tree shall be reduced to the amount paid and the balance withdrawn.

    3. Upon the Order being granted and entered, Green Tree has the continuing authority to contact the Debtor, Brenda Johnson, directly to determine intent regarding the property and/or to verify vacancy of the home.

4. That Green Tree may file any deficiency claims necessary that result from the repossession and disposal of collateral as that amount is determined. It is further ORDERED, ADJUDGED and DECREED that by consent of the parties such relief from automatic stay shall be effective immediately, as permitted by Rule 4001 (a) (3) of the Bankruptcy Rules.

###END OF ORDER###

This order has been approved by Debtor's attorney and Chapter 13 Trustee.

Submitted by:

/s/ Paul J. Spina, III
Paul J. Spina, III
Spina & Lavelle, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
Phone: (205) 298-1800
Email: pspina@spinalavelle.com