ALMB 6 (12/2009)

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
BRENDA JOHNSON

CASE NO. 12-31291

CHAPTER 13  
Debtor(s)

## MOTION FOR DISCHARGE UNDER 11 U.S.C. SECTION 1328(a) AND DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. SECTION 1328

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

The debtor(s) in the above captioned matter certifies as follows:

1. The Chapter 13 Trustee has issued a Trustee's Notice of Plan Completion, and/or debtor(s) has otherwise been notified by the Trustee that he/she/they have completed payments under the Plan. The debtor(s) is requesting the court to issue a discharge in this case pursuant to 11 U.S.C. Section 1328(a).

2. The debtor(s) has completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and has filed either the PFMI Certificate or Official Form 23 with this Court (or an order has entered waiving this requirement).

3. Certification Concerning Domestic Support Obligations (check one):

    ☒ The debtor(s) has not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A);

    Or

    ☐ The debtor(s) certifies that all amounts payable under any domestic support obligation (required by a judicial or administrative order or by statute), that are due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid. The name of each holder of a domestic support obligation is as follows:

BJ 4. The debtor(s) is not attempting to discharge debts owed to the following creditors: Springleaf, Green Tree, Midland/Midfirst

BJ 5. Certification concerning 11 U.S.C. § 1328(h): The debtor(s) certifies that 11 U.S.C. § 522(q)(1) is not applicable to the debtor(s), and there is not pending any proceeding in which the debtor(s) may be found guilty of a felony of the kind described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B).

BJ 6. The debtor(s) has not received a discharge under chapter 7, 11, or 12 in a case filed during the 4-year period preceding the filing of the instant case and has not received a discharge under chapter 13 in a case filed during the 2-year period preceding the filing of the instant case.

WHEREFORE, debtor(s) respectfully prays that this Court will enter discharge under 11 U.S.C. Section 1328(a).

By signing this motion/certification, I/we acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on each of these statements in determining whether to grant me/us a discharge in this Chapter 13 case. The Court may revoke my/our discharge if the statements relied upon herein are proven to be inaccurate.

Dated: February 15, 2016

/s/ Brenda Johnson  *Brenda Johnson*
Debtor

_____
Joint Debtor

/s/ Gary A.C. Backus
_____

(ASB) Attorney for Debtor
Address
Phone
Email

Brenda Johnson
3259 South Perry Street
Montgomery, AL 36105

Capital One Bank
Attn: Bankruptcy Dept.
P.O. Box 71083
Charlotte, NC 28272-1083

Cash Cure
Attn: Bankruptcy Dept.
750 Shipyard Dr
Wilminghton, DE 19801

Cash Loans
Attn: Bankruptcy Dept.
33 S. Perry St
Montgomery, AL 36104

Chevron
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Credit Acceptance
Attn: Bankruptcy Dept.
25505 W. 12 Mile, Ste 3000
Southfield, MI 48034

Dillards National Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076-9104

Easy Money
Attn: Bankruptcy Dept.
1678 Montgomery Hwy
Birmingham, AL 35216

Everst Cash Advance
Attn: Bankruptcy Dept.
300 Creek View Rd
Newark, DE 19711

GMAC
Attn: Bankruptcy Dept.
P.O. Box 130424
Roseville, MN 55113

Green Tree
Attn: Bankruptcy Dept.
P.O. Box 6154
Rapid City, SD 57709-6154

JC Penney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Jefferson Capital Systems
Attn: Bankruptcy Dept.
P.O. Box 2270
Buffalo, NY 14240-2270

JeffersonCP
Attn: Bankruptcy Dpt
16 McLeland Rd
St. Cloud, MN 56303

Midland Mortgage Co.
Attn: Bankruptcy Dept.
P.O. Box 26648
Oklahoma City, OK 73126-0648

Speedy Cash
Attn: Bankruptcy Dept.
1501 Eastern Blvd
Montgomery, AL 36117

Springleaf Financial
Attn: Bankruptcy Dept.
2723 Eastern Bypass
Montgomery, AL 36117

Sure Advance
Attn: Bankruptcy Dept.
901 N. Market St
Wilmington, DE 19801

United Cash Loans
Attn: Bankruptcy Dept.
3531 P St NW
Miami, OK 74354-1908

Wells Fargo Financial Cards
Attn: Bankruptcy Dept.
P.O. Box 5943
Sioux Falls, SD 57117

Wells Fargo Financial Cards
Attn: Bankruptcy Dept.
P.O. Box 14517
Des Moines, IA 50306

Western Sky Financial LLC
Attn: Bankruptcy Dept.
P.O. Box 370
Timberlake, SD 57656

# CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Motion for Discharge was served upon all creditors and parties in interest as follows:

**by CM/ECF:**
Curtis C. Reding, Trustee
Teresa Jacobs, Bankruptcy Administrator

**by First Class Mail, postage prepaid:**

**Other:**

Dated: February 15, 2016

/s/ Gary A.C. Backus
Attorney for debtor(s)